1  Jon G. Daryanani, Bar No. 205149
   JDaryanani@perkinscoie.com
2  Jill L. Ripke, Bar No. 309501
   Jripke@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
5  Facsimile:  310.788.3399

6  Attorneys for Defendant
   T-Mobile USA, Inc.
7

# JS-6

8           UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10

11  Shahzad Zakir,                        Case No. 8:20-cv-00411-JVS-JDE

12           Plaintiff,                   **ORDER RE: STIPULATION OF
                                          DISMISSAL WITH PREJUDICE**
13  v.

14  T-MOBILE USA, INC., a Delaware
    corporation; and DOES 1-50,          District Judge:      James V. Selna
15                                        Magistrate Judge:   John D. Early
            Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Shahzad Zakir ("Plaintiff") and Defendant T Mobile USA, Inc. ("Defendant"), filed a stipulation of dismissal of the entire action, with prejudice.

For good cause appearing, it is hereby ORDERED that the above-entitled action is dismissed with prejudice with each party to pay his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  December 23,  2020        By: _____
　　　　　　　　　　　　　　　　　　 United States District Judge
　　　　　　　　　　　　　　　　　　 James V Selna

-2-
[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE
150583157.1